## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Devon N. Saunders<br>　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　　Movant<br>　　　v.<br>Devon N. Saunders<br>　　　　　Debtors<br><br>William C. Miller<br>　　　　　Trustee | Chapter 13<br><br>NO. 13-11454 AMC |

### ORDER

AND NOW, this 26th day of June, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 04, 2014 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, MIDFIRST BANK, or its successor or assignee, with regard to the premises at 228 North 61st Street, Philadelphia, PA 19139, so as to allow MIDFIRST BANK, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

Devon N. Saunders
228 N. 61st Street
Philadelphia, PA 19139

William C. Miller, Esq.
111 S. Independence Mall
Suite 1813
Philadelphia, PA 19106

Brad J. Sadek, Esq.
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532