United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11454-amc
Devon N. Saunders                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Jun 26, 2017
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.
db             +Devon N. Saunders,    228 N. 61st St.,    Philadelphia, PA 19139-1105
13070694       +Midfirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRAD J. SADEK    on behalf of Debtor Devon N. Saunders brad@sadeklaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Devon N. Saunders<br>　　　　　　Debtor | Chapter 13 |
| MIDFIRST BANK<br>　　　　　　Movant<br>　　v. | NO. 13-11454 AMC |
| Devon N. Saunders<br>　　　　　　Debtors | |
| William C. Miller<br>　　　　　　Trustee | |

### ORDER

AND NOW, this 26th day of June, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 04, 2014 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, MIDFIRST BANK, or its successor or assignee, with regard to the premises at 228 North 61st Street, Philadelphia, PA 19139, so as to allow MIDFIRST BANK, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

Devon N. Saunders
228 N. 61st Street
Philadelphia, PA 19139

William C. Miller, Esq.
111 S. Independence Mall
Suite 1813
Philadelphia, PA 19106

Brad J. Sadek, Esq.
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532