United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-11454-amc
Devon N. Saunders                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 3    Date Rcvd: Jun 27, 2017
                      Form ID: pdf900    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.
```
db             +Devon N. Saunders,    228 N. 61st St.,    Philadelphia, PA 19139-1105
cr             +U.S. Department of Housing and Urban Development,     c/o Novad Management Consulting, LLC,
                 2401 N.W. 23rd St., Ste. 1A1,    Oklahoma City, OK 73107-2448
12975525      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85015,    Richmond, VA 23285)
12975527       +Ccs/Bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
12975528       +Central Finl Control,    Po Box 66051,    Anaheim, CA 92816-6051
13041687        ECMC,   P. O. Box 16408,    St. Paul, MN 55116-0408
12975541      #+Ecmc,    1 Imation Pl,    Oakdale, MN 55128-3422
13093610       +First Bank of DE- Continet,    5770 NW Expressway,    Suite 102,    Oklahoma City OK 73132-5238
12975550       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12975552       +Lhr Inc,   56 Main St,    Hamburg, NY 14075-4905
13070694       +Midfirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
12975553        Midland Mortgage,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
12975554       +Paradigm Acceptance Co,    2504 Build America Dr,    Hampton, VA 23666-3223
12998110       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13096326       +Sadek Law Offices, LLC,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
13003482       +U.S. Department of HUD,    c/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
13469628       +U.S. Department of Housing and Urban Development,     c/o Novad Management Consulting,
                 Shepherd's Mall,    2401 NW 23rd Street,    Suite 1A,    Oklahoma City OK 73107-2423
13002299       +USA FUNDS MC E2148,    Attn: Deposit Operations,    P.O. Box 6180,    Indianapolis, IN 46206-6180
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 28 2017 01:23:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 28 2017 01:22:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2017 01:23:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12975521       +E-mail/Text: EBNProcessing@afni.com Jun 28 2017 01:23:05     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
12982800        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 28 2017 01:55:21
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
12975523       +E-mail/Text: banko@berkscredit.com Jun 28 2017 01:22:50     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
12975531        E-mail/Text: bankruptcy@phila.gov Jun 28 2017 01:23:11     City of Philadelphia,
                 Water/Sewer/Stormwater Bill,    Philadelphia Revenue Department,    1401 JFK Boulevard,
                 Philadelphia, PA 19102
13077001        E-mail/Text: bankruptcy@phila.gov Jun 28 2017 01:23:12     City of Philadelphia, Law Department,
                 Tax Unit, Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13063989       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 28 2017 01:23:05
                 COLLECTO US ASSET MANAGEMNT, INC.,     c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
12975532       +E-mail/PDF: pa_dc_ed@navient.com Jun 28 2017 01:27:12     Dept Of Ed/Sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
12975540       +E-mail/Text: bankruptcynotices@devry.edu Jun 28 2017 01:23:18     Devry Inc,
                 1 Tower Ln Ste 1000,    Oakbrook Terrace, IL 60181-4624
12975548       +E-mail/Text: bknotice@erccollections.com Jun 28 2017 01:23:03     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13064972        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 28 2017 01:23:05     Jefferson Capital Systems, LLC,
                 PO BOX 953185,    ST LOUIS, MO 63195-3185
13016783       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 28 2017 01:22:50     PECO Energy Company,
                 c/o Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13128053        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 01:32:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
13126879        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 01:32:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13005081       +E-mail/Text: csidl@sbcglobal.net Jun 28 2017 01:23:07     Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13013191        E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2017 01:22:51
                 Quantum3 Group LLC as agent for,    EC2N Trust,    PO Box 788,    Kirkland, WA  98083-0788
12975555       +E-mail/Text: Supportservices@receivablesperformance.com Jun 28 2017 01:23:21
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
12975556       +E-mail/PDF: pa_dc_claims@navient.com Jun 28 2017 01:27:01     Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13120333        E-mail/PDF: pa_dc_ed@navient.com Jun 28 2017 01:26:52     Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Jun 27, 2017
                              Form ID: pdf900             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13000924         E-mail/PDF: pa_dc_litigation@navient.com Jun 28 2017 01:26:52
                  Sallie Mae Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,
                  Wilkes-Barre, PA 18773-9430
13103241        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 28 2017 01:23:20      Webbank-Fingerhut,
                  6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
                                                                                                 TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12975549          Fhut/Webbk
12975524*        +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
12975526*       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capitol One,    Po Box 85520,    Richmond, VA 23285)
12975529*        +Central Finl Control,    Po Box 66051,   Anaheim, CA 92816-6051
12975530*        +Central Finl Control,    Po Box 66051,   Anaheim, CA 92816-6051
12975533*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975534*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975535*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975536*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975537*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975538*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975539*        +Dept Of Ed/Sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
12975542*        +Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
12975543*        +Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
12975544*        +Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
12975545*        +Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
12975546*        +Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
12975547*        +Ecmc,   1 Imation Pl,   Oakdale, MN 55128-3422
12975551*        +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12975557*        +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
12975522       ##+Allgate Financial Llc,    130 S Jefferson St Ste 1,    Chicago, IL 60661-3626
13080892       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                  TOTALS: 1, * 19, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Devon N. Saunders brad@sadeklaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2          User: ChrissyW              Page 3 of 3              Date Rcvd: Jun 27, 2017
                              Form ID: pdf900             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
                                                                                                TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DEVON N. SAUNDERS  Chapter 13

Debtor  Bankruptcy No. 13-11454-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this __27th__ day of __June__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
DEVON N. SAUNDERS

228 N. 61ST ST.

PHILADELPHIA, PA 19139